AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOAQUIM DE SOUSA-NETO<br>a/k/a "Giovanni Antonucci"<br>a/k/a "Pedro Aguilar"<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 8:16MJ1755 TGW<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 7, 2016__ in the county of __Pinellas__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William Hemberger, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 22, 2016

_____
*Judge's signature*

City and state: Tampa, Florida      THOMAS G. WILSON, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, William Hemberger, being duly sworn, hereby depose and state as follows:

1.  I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since March 14, 2010.

2.  As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants, under the authority of the United States.

3.  I submit this affidavit in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Joaquim De Sousa-Neto, a/k/a "Giovanni Antonucci," a/k/a "Pedro Aguilar," a native and citizen of Brazil, with being an alien found in the United States without permission after

deportation, in violation of Title 8, United States Code, Section 1326(a).

## FACTS AND CIRCUMSTANCES

4. On or about November 7, 2016, ICE-ERO officers found Joaquim De Sousa-Neto at the Pinellas County Jail, Pinellas County, which is within the Middle District of Florida, where he was in custody on a violation of probation in a state criminal case.

5. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Joaquim De Sousa-Neto. Upon review of these documents, I determined that Joaquim De Sousa-Neto is a native and citizen of Brazil, who is illegally present in the United States. I also found that he had been deported from the United States to Brazil on or about December 21, 2009.

6. Fingerprints taken from Joaquim De Sousa-Neto at Pinellas County Jail were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that the fingerprints are from the same person.

7. Computer record checks also indicate that Joaquim De Sousa-Neto was convicted of Driving Under the Influence, on or about September 2, 2009, in Largo, Florida.

8. No information exists, either in the A-file or the computer databases,

that Joaquim De Sousa-Neto had either requested or received permission from the Attorney General or any immigration official to re-enter the United States after his deportation.

## CONCLUSION

9. Based on the foregoing facts, I believe there is probable cause to establish that Joaquim De Sousa-Neto, a citizen and national of Brazil, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

_____
William Hemberger
Deportation Officer, ICE ERO


Sworn to and subscribed before me
this ___ day of November, 2016, in Tampa, Florida.

_____
THOMAS G. WILSON
United States Magistrate Judge